UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

DEL RIO DIVISION

FILED
JUN 21   2 44 PM '94
WESTERN ... TEXAS
BY _____ CKL
                    DEPUTY

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
V.                        ) CRIMINAL NO.: ~~DR-94-CR-27(2)~~
                          )
JOSE GUADALUPE CONTRERAS, )   DR 94 CR 46
                          )
            Defendant.    )

## ORDER FOR BENCH WARRANT AND SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below listed defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, and bail is hereby fixed in the amount shown below, returnable instanter to the Del Rio Division of this Court, such bail to be taken by any United States Magistrate.

**Defendant**                    **Amount of Bail**

JOSE GUADALUPE CONTRERAS           DETENTION

ENTERED at Del Rio, Texas, this 21st day of June, 1994.

_D Edwards_
~~DISTRICT~~
UNITED STATES ~~DISTRICT~~ JUDGE
    Mag.