FILED

AUG 28 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 25 2008

CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Magistrate Docket No. 3-08-MJ-302 |
| | § | Docket No. Where |
| vs. | § | Charge Pending: DR 94 CR 46 |
| | § | |
| JOSE GUADALUPE CONTRERAS | § | Western District of Texas, Del Rio Division |

## REPORT OF PROCEEDINGS UNDER RULES 5(c)(3) and 5.1
## AND ORDER ENTERED THEREON

The defendant is charged in the above-referenced district with the offense of **FAILURE TO APPEAR, in violation of Title 18 U.S.C. Section 3146.** Having been arrested in this district on a warrant issued on that/those charge(s), he/she appeared before me for proceedings as follows:

**Rule 5(c)(3)    Transfer**

☑ The government has produced a copy of the warrant, and

☑ The Court finds that the person before the Court is the defendant named in the indictment, information or warrant because:

  ☐ The defendant waived identity hearing.

  ☐ An identity hearing was conducted, and the defendant's identity was established.

☐ The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is **NOT** the defendant named in the indictment, information or warrant.

**Rule 5.1:    Preliminary Hearing**

☑ No preliminary hearing is necessary because the defendant is charged by indictment.

☐ The defendant waived a preliminary hearing.

☐ The defendant elected to have a preliminary hearing in the district where the prosecution is pending.

☐ The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

  ☐ There is probable cause to believe that the defendant committed the offense(s) charged.

  ☐ There is **NOT** probable cause to believe that the defendant committed the offense(s) charged.

**Rule 5(d)(3) Detention Hearing**

☐ No detention hearing is necessary because the government did not move to detain the defendant.

☐ The defendant waived a detention hearing.

☑ The defendant elected to have a detention hearing in the district where the prosecution is pending.

☐ The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

    ☐ The defendant should be detained.

    ☐ The defendant should be released on bond.

---

## ORDER ENTERED ON THE FOREGOING REPORT

TO: UNITED STATES MARSHAL

☑ You are commanded to transfer the above-named defendant forthwith to the district in which he/she is charged and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

☐ It is ORDERED that this defendant be released from custody on bond pending further proceedings.

☐ It is ORDERED that this defendant be discharged.

DATE: 8/25/08

_____
United States Magistrate Judge

(Use Other Side for Return)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

MAGISTRATE JUDGE IRMA C. RAMIREZ, PRESIDING
DEPUTY CLERK: LISA MARTIN                    COURT REPORTER/TAPE NO: FTR Digital
LAW CLERK: _____            USPO/PTSO: _____
INTERPRETER: Mike Mahler                     COURT TIME: 15 mins
A.M. _____  P.M. 2:00               DATE: August 25, 2008

☒ MAG. No.  ☐ DIST. CR. No. 3:08-MJ-302                                    USDJ

UNITED STATES OF AMERICA                §    Jennifer Tourje_____, AUSA
v.                                      §
                                        §    Sam Ogan_____
JOSE GUADALUPE CONTRERAS                §                                       ☐
_____           §    _____  ☐
Defendant(s) Name(s) and Number(s)           Counsel for Defendants Appt - (A), Retd - (R), FPD - (F)

☒ INITIAL APPEARANCE  ☐ IDENTITY  ☐ BOND HEARING  ☐ PRELIMINARY HEARING
☐ DETENTION HEARING  ☐ COUNSEL DETERMINATION HEARING  ☐ REMOVAL HEARING  ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT ☐ DIVISION
☒ DATE OF FEDERAL ARREST/CUSTODY: 8/22/08  ☐ SURRENDER_____  ☐ RULE 5/32  ☐ APPEARED ON WRIT
☒ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☒ DEFT FIRST APPEARANCE WITH COUNSEL.
☒ DEFT ☐ MW (MATERIAL WITNESS) _____ APPEARED ☒ WITH ☐ WITHOUT COUNSEL
☒ REQUESTS APPOINTED COUNSEL.
☒ FINANCIAL AFFIDAVIT EXECUTED.
☒ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET  ☐ DETENTION HEARING SET _____
☐ PRELIMINARY HEARING SET _____  ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND ☐ SET ☐ REDUCED TO $ _____ ☐ CASH ☐ SURETY ☐ 10% ☐ PR ☐ UNS ☐ 3RD PTY ☐ MW
☐ NO BOND SET AT THIS TIME, ____ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS
☒ DEFT ☐ MW REMANDED TO CUSTODY.
☒ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF ☐ PRELIMINARY HEARING ☒ WAIVER OF RULE 5/32 HEARING ☐ WAIVER OF DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE ☐ ID ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☒ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☒ REMARKS: Dft reserves his right to a detention hrg in the charging district.

*U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED AUG 25 2008 CLERK, U.S. DISTRICT COURT By _____ Deputy*

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __TEXAS, DALLAS DIVISION__

| UNITED STATES OF AMERICA | |
|---|---|
| | **WAIVER OF RULE 5 & 5.1 HEARINGS** |
| | (Complaint/Indictment) |
| V. | |
| | CASE NUMBER: 3:08-MJ-302 |
| JOSE GUADALUPE CONTRERAS | |
| Defendant | CHARGING DISTRICTS CASE NUMBER: DR 94 CR 46 |

I understand that charges are pending in the __Western__ District of __Texas, Del Rio__

alleging violation of __18 U.S.C. 3146__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges; By

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) identity hearing

( ) preliminary hearing   *detention hearing*

(X) identity hearing but request a ~~preliminary hearing~~ be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_Jose G. Contreras_
Defendant

_8/25/08_
Date

_[signature]_
Defense Counsel

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 25 2008
CLERK, U.S. DISTRICT COURT
By _____
Deputy

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
AUG 25 2008
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | MAGISTRATE NO. 3:08-MJ-302 |
| JOSE GUADALUPE CONTRERAS | § § | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, **Jose Guadalupe Contreras**, pursuant to 18 U.S.C. §3142(e) and (f).

1. <u>Eligibility of Case.</u> This case is eligible for a detention order because the case involves (check all that apply):

　　　　\_\_\_\_\_ Crime of violence (18 U.S.C. §3156);

　　　　\_\_\_\_\_ Maximum sentence life imprisonment or death

　　　　\_\_\_\_\_ 10 + year drug offense

　　　　\_\_\_\_\_ Felony, with two prior convictions in above categories

　　　　_X_ Serious risk defendant will flee

　　　　\_\_\_\_\_ Serious risk obstruction of justice

　　　　\_\_\_\_\_ Felony involving a minor victim

　　　　\_\_\_\_\_ Felony involving a firearm, destructive device, or any other

　　　　　　　dangerous weapon

Motion for Detention - Page 1

_____ Felony involving a failure to register (18 U.S.C. § 2250)

2. <u>Reason for Detention.</u> The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

✓ Defendant's appearance as required

_____ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will/will not invoke the rebuttable presumption against defendant because (check one or both):

_____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

_____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

_____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

_____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u> The United States requests the Court conduct the detention hearing,

_____ At first appearance

_____ After continuance of _____ days (not more than 3).

DATED this __25th__ day of August, 2008.

Motion for Detention - Page 2

Respectfully submitted,

RICHARD B. ROPER
UNITED STATES ATTORNEY


*(signature)*
JENNIFER TOURJE
Assistant United States Attorney
Texas Bar No. 24010449
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8708
Facsimile: 214.767.4100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on this __25th__ day of August, 2008.

*(signature)*
JENNIFER TOURJE
Assistant United States Attorney

**Motion for Detention - Page 3**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED

Jun 21  2 44 PM '94

| UNITED STATES OF AMERICA, | ) | CRIMINAL NO.: |
| --- | --- | --- |
| Plaintiff, | ) | INDICTMENT |
| v. | ) | DR 94 CR 46 |
| JOSE GUADALUPE CONTRERAS | ) | [VIO: COUNT ONE: 18 U.S.C. 3146, FAILURE TO APPEAR] |
| Defendant. | ) | |

3:08-MJ-302

THE GRAND JURY CHARGES:

COUNT ONE
[18 U.S.C. 3146]

On or about June 20, 1994, in the Western District of Texas, Defendant,

JOSE GUADALUPE CONTRERAS,

having been ordered released pending trial on $75,000.00, 15% bond pursuant to Chapter 207, Title 18, United States Code, Section 3142, in connection with the charges of offenses under Title 21, United States Code, Sections 841(a)(1) and 846, felonies, did knowingly and willfully fail to appear as required before the United States District Court for the Del Rio Division of the Western District of Texas, in violation of Title 18, United States Code, Section 3146.

A TRUE BILL.

_____
FOREMAN

JAMES H. DeATLEY
United States Attorney

By: _____
ROBERT A. SCHROEDER
Assistant United States Attorney

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 25 2008

CLERK, U.S. DISTRICT COURT
By _____
       Deputy

FILED

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

DEL RIO DIVISION

JUN 21  2 44 PM '94

CLERK
WESTERN ... TEXAS
BY _____ CKL
DEPUTY

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,              )
                                )
V.                              ) CRIMINAL NO.: ~~DR-94-CR-27(2)~~
                                )
JOSE GUADALUPE CONTRERAS,       )    DR 94 CR 46
                                )
        Defendant.              )

### ORDER FOR BENCH WARRANT AND SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below listed defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, and bail is hereby fixed in the amount shown below, returnable instanter to the Del Rio Division of this Court, such bail to be taken by any United States Magistrate.

| Defendant | Amount of Bail |
|---|---|
| JOSE GUADALUPE CONTRERAS | DETENTION |

ENTERED at Del Rio, Texas, this 31st day of June, 1994.

/s/ D. Edwards

~~PROMETORY~~
UNITED STATES ~~DISTRICT~~ JUDGE
Mag.

A true copy of the original, I certify.
Clerk, U. S. District Court
by: /s/ Camille Ann Cedra
Deputy

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

_WESTERN_ DISTRICT OF _TEXAS_

UNITED STATES OF AMERICA
V.

JOSE GUADALUPE CONTRERAS

**WARRANT FOR ARREST**

CASE NUMBER: DR 94 CR 46

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _JOSE GUADALUPE CONTRERAS_
                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

FAILURE TO APPEAR

in violation of Title __18__ United States Code, Section(s) __3146__

Camille Anne Cadena
Name of Issuing Officer

_signature_
Signature of Issuing Officer

Deputy Clerk, U. S. District Clerk's Office
Title of Issuing Officer

June 21, 1994 — Del Rio, Texas
Date and Location    A true copy of the original, I certify.

Clerk, U. S. District Court

By: _signature_    Deputy

Bail fixed at $ __DETENTION__  by _U. S. Magistrate Judge Durwood Edwards_
                                     Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLOSED

# U.S. District Court
## Northern District of Texas (Dallas)
## CRIMINAL DOCKET FOR CASE #: 3:08-mj-00302-BH All Defendants
## Internal Use Only

Case title: USA v. Contreras
Other court case number: DR 94 CR 46 Western District of Texas, Del Rio

Date Filed: 08/25/2008
Date Terminated: 08/25/2008

Assigned to: Magistrate Judge Irma C Ramirez

**Defendant (1)**

**Jose Guadalupe Contreras**
*TERMINATED: 08/25/2008*

represented by **Sam Ogan**
Federal Public Defender - Dallas
525 Griffin St
Suite 629
Dallas, TX 75202
214/767-2746
Fax: 214/767-2886 FAX
Email: sam_ogan@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

Certified a true copy of an instrument on file in my office on 8-26-08
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Indictment filed in the Western District of Texas, Del Rio, DR 94 CR 46 charging defendant with Title 18 U.S.C Section 3146 | |

**Plaintiff**

**USA**                             represented by **Jennifer Tourje**
US Attorney's Office
1100 Commerce St
Third Floor
Dallas, TX 75242
2214/659-8600
Fax: 214/767-4100
Email: jennifer.tourje@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2008 | | Arrest of Jose Guadalupe Contreras (lmm) (Entered: 08/26/2008) |
| 08/25/2008 | 1 | Charging document filed in the Western District of Texas, Del Rio, Case #94 CR 46 as to Jose Guadalupe Contreras. (lmm) (Entered: 08/26/2008) |
| 08/25/2008 | 2 | Minute Entry for proceedings held before Magistrate Judge Irma C Ramirez: Initial Appearance as to Jose Guadalupe Contreras held on 8/25/08. Defendant reserves his right to a detention hearing in the charging district. Attorney Appearances: AUSA - Jennifer Tourje; Defense - Sam Ogan. Interpreter Mike Mahler (FTR Digital) Time in Court: 15 minutes. (lmm) (Entered: 08/26/2008) |
| 08/25/2008 | 3 | ***CJA 23 Financial Affidavit by Jose Guadalupe Contreras (lmm) (Entered: 08/26/2008) |
| 08/25/2008 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jose Guadalupe Contreras. Sam Ogan for Jose Guadalupe Contreras appointed. (Signed by Magistrate Judge Irma C Ramirez on 8/25/08) (lmm) (Entered: 08/26/2008) |
| 08/25/2008 | 5 | Motion for pretrial detention filed by USA as to Jose Guadalupe Contreras (lmm) (Entered: 08/26/2008) |
| 08/25/2008 | 6 | WAIVER of Rule 5 & 5.1 Hearings by Jose Guadalupe Contreras (lmm) (Entered: 08/26/2008) |

| | | |
|---|---|---|
| 08/25/2008 | <u>7</u> | COMMITMENT TO ANOTHER DISTRICT as to Jose Guadalupe Contreras. Defendant committed to Western District of Texas, Del Rio. The defendant is ordered removed forthwith to the district in which he is charged. (Signed by Magistrate Judge Irma C Ramirez on 8/25/08) (lmm) (Entered: 08/26/2008) |
| 08/25/2008 | | (Court only) ***Terminated defendant Jose Guadalupe Contreras, pending deadlines, and motions. (lmm) (Entered: 08/26/2008) |
| 08/26/2008 | | (Court only) Certified copy of docket report mailed to the Western District of Texas, Del Rio as to Jose Guadalupe Contreras. (lmm) (Entered: 08/26/2008) |


Clerk of Court

**United States District Court**
**Northern District of Texas**

*1100 Commerce St., Rm., 1452*
*Dallas, Texas 75242*

August 26, 2008

United States District Court
111 East Broadway, Room L100
Del Rio, TX 78840

RE:     USA vs. Jose Guadalupe Contreras
        Our File Number:    3-08-MJ-302
        Your File Number:   DR 94 CR 46

Dear Clerk:

The above charge originated in your district. The defendant appeared before United States Magistrate Judge Irma C. Ramirez in the Northern District of Texas, Dallas Division on August 25, 2008 for an initial appearance. Enclosed is a certified copy of the docket report.

You may access electronically filed documents at our CM/ECF web address: http://ecf.txnd.circ5.dcn. If you don't have a login and password, a guest login and password may be found on our website at: http://ntnet.txnd.circ5.dcn/pdf/irc/guest_login.pdf.

If you should have any questions, please do not hesitate to contact me at (214) 753-2167.

Sincerely,

Lisa Martin
Courtroom Deputy for
U.S. Magistrate Judge Irma C. Ramirez

Enc.