AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

WESTERN _____ DISTRICT OF _____ TEXAS

UNITED STATES OF AMERICA
V.

JOSE GUADALUPE CONTRERAS

**WARRANT FOR ARREST**

CASE NUMBER: DR 94 CR 46

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JOSE GUADALUPE CONTRERAS
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

FAILURE TO APPEAR

in violation of Title __18__ United States Code, Section(s) __3146__

| | |
|---|---|
| Camille Anne Cadena<br>Name of Issuing Officer | Deputy Clerk, U. S. District Clerk's Office<br>Title of Issuing Officer |
| /s/ Camille Anne Cadena<br>Signature of Issuing Officer | June 21, 1994 - Del Rio, Texas<br>Date and Location |

A true copy of the original, I certify.

Clerk, U. S. District Court

By: /s/ Camille Anne Cadena
Deputy

Bail fixed at $ __DETENTION__ by __U. S. Magistrate Judge Durwood Edwards__
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __Dallas, TX__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>8-22-08 | N Mark | /s/ N Mark |