UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| United States of America § | |
| § | |
| vs. § | Case Number: DR:94-CR-00046(1 |
| § | |
| (1) Jose Guadalupe Contreras § | |

ORDER SETTING IDENTITY HEARING AND RESETTING DETENTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for Wednesday, October 22, 2008 at 09:00 AM, in Courtroom 2, on the Second Floor of the United States Courthouse, 111 E. Broadway, Del Rio, TX .

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **7th day of October, 2008.**

_____
DENNIS G. GREEN
U.S. MAGISTRATE JUDGE