UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2008 OCT 22 PM 1:34
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY: _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CASE NO. DR-94-CR-46 (01) |
| JOSE GUADALUPE CONTRERAS | § | |

## ORDER

The Court having heard testimony from the Government and from defense counsel, and having determined that the individual arrested on August 22, 2008, in Dallas, Texas, on the outstanding warrant issued in this cause on June 21, 1994, is not one and the same person as the defendant, **JOSE GUADALUPE CONTRERAS**;

And the Court having heard testimony that the true name of the individual arrested is **RAUL DOMINGUEZ-LOPEZ**, who is alleged to have assumed the identity of the defendant in this cause in order to falsify documents to allow him to obtain employment within the United States;

**IT IS HEREBY ORDERED** that the said **RAUL DOMINGUEZ-LOPEZ** be released from the custody of the United States Marshals Service to the custody of the Immigration and Naturalization Service pending additional investigation.

**IT IS FURTHER ORDERED** that the arrest warrant executed on August 22, 2008, be and is hereby withdrawn; and that the arrest warrant originally issued on June 21, 1994, shall remain in full force and effect pending the arrest of the defendant in this cause, **JOSE GUADALUPE CONTRERAS**.

**SO ORDERED** this 22nd day of October, 2008.

DENNIS G. GREEN
United States Magistrate Judge