AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

WESTERN _____ DISTRICT OF _____ TEXAS

UNITED STATES OF AMERICA
V.

JOSE GUADALUPE CONTRERAS

**WARRANT FOR ARREST**

CASE NUMBER: DR 94 CR 46

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ JOSE GUADALUPE CONTRERAS ___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

FAILURE TO APPEAR

in violation of Title ___ 18 ___ United States Code, Section(s) ___ 3146 ___

Camille Anne Cadena
Name of Issuing Officer

*signature* Camille Anne Cadena
Signature of Issuing Officer

Deputy Clerk, U. S. District Clerk's Office
Title of Issuing Officer

June 21, 1994 - Del Rio, Texas
Date and Location

A true copy of the original, I certify.

Clerk, U. S. District Court

By: *signature* Camille Anne Cadena
Deputy

Bail fixed at $ ___ DETENTION ___ by U. S. Magistrate Judge Durwood Edwards
Name of Judicial Officer

| RETURN | |
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |